*ORDER:*
*Motion granted.*
*John Bryant, US MJ*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| CUBA LANDING MARINA, LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| KEY BANK, | ) |
| Defendant/ Counterclaim Plaintiff | ) No. 3:10-0324 |
| v. | ) |
| CUBA LANDING MARINA, LLC & RICKY L. WOOD, | ) |
| Counterclaim Defendants | ) |
| RICKY L. WOOD, | ) |
| Counterclaim Plaintiff | ) |
| v. | ) |
| KEY BANK, | ) |
| Counterclaim Defendant | ) |

MOTION SEEKING COURT ACCEPTANCE OF LATE FILED
ANSWER AND COUNTERCLAIM

Comes now Ricky L. Wood, counterclaim defendant and counterclaim plaintiff, by and through counsel and would request that the Court grant this motion to accept late filed Answer and Counterclaim pursuant to Fed. R. Civ. P. 6(b) & 81(c) upon this showing that:

1. Opposing counsel for Key Bank does not oppose this motion; and,

2. That this late filing arose due to counsel receiving copies of the pleading on the date due and legal counsel's inability to respond; and,

1