IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


CUBA LANDING MARINA, LLC      )
                                      )
v.                               ) NO. 3-10-0324
                                      ) JUDGE CAMPBELL
KEY BANK                     )


ORDER


The parties have filed a Joint Stipulation of Dismissal (Docket No. 23), indicating that all

matters in dispute herein have been resolved. Accordingly, this action is DISMISSED, and the

Clerk is directed to close the file. Any pending Motions are denied as moot.

The bench trial scheduled for May 31, 2011, and the pretrial conference set for May 20,

2011, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R.

Civ. P. 58.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE